JAMES VAN BUREN, Respondent, *v.* ALBANY INSURANCE COMPANY, Appellant, Impleaded with Others.

(Argued December 15, 1933; decided January 16, 1934.)

*Charles B. Sullivan* and *Warner M. Bouck* for appellant.
*Borden H. Mills* and *Samuel Cooper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.